In the Matter of the Claim of ELIZABETH GENTNER, Respondent, against RICE & WHALEY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued January 11, 1944; decided February 24, 1944.

*Fred Van Aernam* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Orrin G. Judd* of counsel), for State Industrial Board.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.